**E-FILED**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JEROME JACKSON, | ) | No. C 13-4539 RMW (PR) |
| Plaintiff, | ) | ORDER OF DISMISSAL |
| v. | ) | |
| UNKNOWN, | ) | |
| Defendant. | ) | |

On October 1, 2013, plaintiff, a state prisoner proceeding pro se, filed a letter, which commenced this action. The same day, the Clerk notified plaintiff that he had not filed a proper complaint. (Docket No. 4.) Plaintiff was also notified that he had not paid the filing fee, nor had he filed an application to proceed in forma pauperis. (Docket No. 3.) Plaintiff was cautioned that his failure to file the required documents within twenty-eight days would result in the dismissal of this action. To date, plaintiff has not communicated with the court. Accordingly, the instant action is DISMISSED without prejudice. The Clerk shall enter judgment and close the file.

IT IS SO ORDERED.

DATED: 2/3/14

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order of Dismissal
G:\PRO-SE\RMW\CR.13\Jackson539disifp.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JEROME JACKSON,

        Plaintiff,

  v.

UNKNOWN,

        Defendant.

Case Number: CV13-04539 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 3, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jerome Jackson F52963
i-H-26L
San Quentin State Prison
San Quentin, CA 94964

Dated: February 3, 2014

        Richard W. Wieking, Clerk
        By: Jackie Lynn Garcia, Deputy Clerk